Matter of Akeliah A. (Bishme A.) (2018 NY Slip Op 08925)

BODY {
font-family : "Times New Roman", Times, serif;
font-size : larger;
}

P {
line-height: 150%;
text-indent: 2em
}

Matter of Akeliah A. (Bishme A.)

2018 NY Slip Op 08925

Decided on December 26, 2018

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 26, 2018
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department
MARK C. DILLON, J.P.
JOHN M. LEVENTHAL
FRANCESCA E. CONNOLLY
LINDA CHRISTOPHER, JJ.


2017-09891
(Docket Nos. N-21927-14, N-21928-14)

[*1]In the Matter of Akeliah A. (Anonymous). Administration for Children's Services, appellant; Bishme A. (Anonymous), respondent. (Proceeding No. 1.)
In the Matter of Jassir R. (Anonymous). Administration for Children's Services, petitioner-appellant; Jazmyn R. (Anonymous), respondent, Bishme A. (Anonymous), respondent-respondent. (Proceeding No. 2.)

Zachary W. Carter, Corporation Counsel, New York, NY (Deborah A. Brenner and Daniel Matza-Brown of counsel), for appellant.
Bishme A. (Anonymous), Arverne, NY, respondent pro se in Proceeding No. 1 and respondent-respondent pro se in Proceeding No. 2.
Toba Beth Stutz, Jamaica, NY, attorney for the child Akeliah A.

DECISION & ORDER
In related proceedings pursuant to Family Court Act article 10, the petitioner appeals from an order of the Family Court, Queens County (Anne-Marie Jolly, J.), dated August 9, 2017. The order, insofar as appealed from, after a fact-finding hearing, denied the petition alleging that Bishme A. derivatively abused the child Akeliah A., and dismissed that proceeding.
ORDERED that the order is reversed insofar as appealed from, on the law and the facts, without costs or disbursements, the petition is reinstated, a finding is made that Bishme A. derivatively abused the child Akeliah A., and the matter is remitted to the Family Court, Queens County, for a dispositional hearing and the issuance of a dispositional order thereafter.
The Administration for Children's Services (hereinafter ACS) commenced two related child protective proceedings pursuant to Family Court Act article 10. One proceeding was against Jazmin R. and Bishme A., alleging that they abused and neglected the child Jassir R. when that child was approximately 14 months of age. The other proceeding was against Bishme A., alleging that he derivatively abused his own daughter, Akeliah A., who was several weeks older than Jassir R. In an order dated August 9, 2017, after a fact-finding hearing, the court, inter alia, denied the petition alleging that Bishme A. derivatively abused Akeliah A., and dismissed that proceeding. ACS appeals from so much of the order as denied the petition alleging that Bishme A. derivatively [*2]abused Akeliah A., and dismissed that proceeding.
The Family Court should have found that Bishme A. derivatively abused Akeliah A. In a child protective proceeding pursuant to Family Court Act article 10, "proof of the abuse or neglect of one child shall be admissible evidence on the issue of the abuse or neglect of any other child" (Family Ct Act § 1046[a][i]). ACS established that Jassir R. suffered extensive inflicted injuries while in the care of Bishme A. Based on this evidence, ACS established, by a preponderance of the evidence, that Bishme A. derivatively abused Akeliah A. (see Family Ct Act § 1046[a][i]; Matter of Marino S. , 100 NY2d 361, 374). Accordingly, we reinstate the petition, make a finding that Bishme A. derivatively abused Akeliah A., and remit the matter to the Family Court, Queens County, for a dispositional hearing and the issuance of a dispositional order thereafter.
We decline Bishme A.'s request to impose sanctions.
DILLON, J.P., LEVENTHAL, CONNOLLY and CHRISTOPHER, JJ., concur.
ENTER:
Aprilanne Agostino
Clerk of the Court